DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAULA KUNSMAN,**
Appellant,

v.

**JOEL JAMES WALL,**
Appellee.

No. 4D15-1416

[April 26, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. 09-011285 (36/91).

Paula Kunsman, Pompano Beach, pro se.

Michael R. Bass of Michael R. Bass, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***